COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## NOTICE OF ORDER ON MOTION

Cause number:  01-11-00439-CV

Style:  In the Matter of C.L.S.

Date motion filed*:  February 1, 2013

Type of motion:  Request for permission to file motion for en banc reconsideration

Party filing motion:  Appellee

Document to be filed:

If motion to extend time:

    Deadline to file document:

    Number of previous extensions granted:

    Length of extension sought:

Ordered that motion is:

☐    Granted
    If document is to be filed, document due:

        ☐  The Clerk is instructed to file the document as of the date of this order
        ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☑    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature: /s/ Sherry Radack
        ☑ Acting individually     ☐ Acting for the Court

        Panel consists of .

Date: February 6, 2013

---

\*    Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:    Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).